#129521 /#78154

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:     *     CASE # 06-30750 S
                 CHAPTER 13
    *
Penson, Philip & Aimee
Debtor     *



## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Trustee received several returned disbursements from the United States Postal Service marked "unable to deliver – no forwarding on file".

2. The balance of funds for the creditor in the amount of **$287.39** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| **Check #** | **Payee** | **Amount** | **Date Issued** |
|---|---|---|---|
| 763474 | Dr Joseph C Carver MD<br>718 East Main St<br>Ashland, OH 44805 | 287.39 | 3/31/11 |

2. Your trustee's check #781524 for a total of $ 287.39 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 05/13/11

                                             John P. Gustafson
                                             Trustee in Bankruptcy